# CHAPTER 13 TRUSTEE
### OFFICE OF GLENN B STEARNS
### CHAPTER 13 STANDING TRUSTEE

4343 COMMERCE COURT – SUITE 120
LISLE IL 60532-3614
PHONE:  (630) 577-1313    FAX:  (630) 577-1341

April 16, 2010

Clerk of the Bankruptcy Court
ATTN:  Intake Desk
219 S. Dearborn St.
Chicago, IL  60604

RE:      Turnover of Unclaimed Chapter 13 Funds
         Date:          04/16/10
         Amount:        $6,199.40
         Check #        6277290

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property, Exhibit A, and check #6277290 for the amount of $6,199.40.

Please stamp the additional copy as "Received" and return in the enclosed SASE, along with the receipt for the check.

If you have any questions or concerns regarding this request, please contact me at (630) 577-1313 ext. 257.

Thank you for your assistance.

Sincerely yours,

Louise Karmia
Accountant
For Glenn Stearns, Trustee

Enclosures

EXHIBIT A:  Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 09-25180 | Hill, Yvonne | GMAC RESCAP LLC<br>3451 Hammond Ave<br>MC 507 345 110<br>Waterloo IA 50702 | $1,771.46 | Check #1433919 & #1440084 returned - unable to locate creditor. |
| 02) | 08-24202 | Puhr, Gary L<br>Puhr, Kimberly S | Greenpoint Mortgage Corp<br>2300 Brookstone Center Pkwy<br>Columbus GA 31904 | $3,375.99 | Check #1419125 returned - creditor will not accept payments - UST referral. |
| 03) | 08-27208 | Gessner, Robert S<br>Gessner, Kimberly K | Amberleigh HOA<br>% Codilis & Assoc<br>15W030 North Frontage Rd #100<br>Burr Ridge IL 60527 | $873.57 | Check #1413869 & #1415520 returned - unable to locate creditor. |
| 04) | 06-16873 | Carey, Elizabeth Ida | Elizabeth Ida Carey<br>12736 W Adelaide<br>Beach Park IL 60087 | $1.03 | Check #6276238 not presented within 60 days under $25.00. |
| 05) | 05-05722 | Barnett, Timothy J | Citimortgage Inc<br>1000 Technology Dr MS 504<br>St Charles MO 63304 | $105.87 | Check #1423953 & #1429660 returned - unable to locate creditor. |
| 06) | 05-32335 | Evertsen, David A<br>Evertsen, Kim S | Leisure Homes Corp<br>4700 Millenia Blvd 6th Flr<br>Orlando FL 32834 | $52.90 | Check #1440503 & #6277056 returned - unable to locate creditor. |
| 07) | 04-36864 | Vick, Lee C | Lee C Vick<br>1440 Jackson St Box #84<br>North Chicago IL 60064 | $0.06 | Check #6275947 not presented within 60 days under $25.00. |
| 08) | 04-46642 | Bridges, Dawayne M<br>Bridges, Candace D | US West/US Bank<br>PO Box 790084<br>St Louis MO 63179 | $18.52 | Check #6276268 not presented within 60 days under $25.00. |

$6,199.40

4/16/2010

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

### Trustee's Report of Deposit of Unclaimed Property

Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check number #6277290 pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

_____
Glenn Stearns, Chapter 13 Trustee

4/16/10